ORIGINAL

# In The United States Court of Federal Claims

ECF

RECEIVED
FEB 24 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Nycal Offshore Development Corporation

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Jeffrey Dean Antonson

Firm Name: Jackson Walker LLP

05- 249C

Post Office Box:

Street Address: 901 Main St., Ste. 6000

City-State-Zip: Dallas, TX 75206

Telephone & Facsimile Numbers: (214) 953-6000, (214) 953-5822 (fax)

E-mail address: jantonson@jw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Breach of Contract relating to offshore oil and gas leases located off the coast of California.

Government Agency Involved: D O I

**See attached Sheet for three digit code.**

Amount Claimed: $ to be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003