ORIGINAL

ECF

FILED
FEB 24 2005
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NYCAL OFFSHORE DEVELOPMENT CORPORATION,<br>Plaintiff,<br>v<br>THE UNITED STATES,<br>Defendant. | No. 05- 249C<br>(Judge _______) |

**NYCAL OFFSHORE DEVELOPMENT CORPORATION'S NOTICE OF RELATED CASES**

1. Nycal Offshore Development Corporation ("Nycal") states that this case is directly related to Cause No. 02-30C, styled *Amber Resources Company, et al., v. The United States*, which is currently pending before this Court. Both cases involve the same contracts pursuant to RCFC 40.2(a)(1)(B). The subject matter of this lawsuit is the breach of three offshore oil and gas leases located off the coast of California. Nycal is a part owner of these three leases, and the other owners have previously alleged a breach of these leases in *Amber Resources*. *Amber Resources* has already been consolidated with Cause No. 04-1822C, styled *Anadarko E & P Company L.P., et al., v. The United States*, which involves similar offshore oil and gas leases. Consolidation of this action with *Amber Resources* is likely to conserve judicial resources and promote an efficient determination of the actions.

Respectfully submitted,

Jeffrey D. Antonson
(Attorney of Record)
Robert J. Garrey
(of counsel)
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
Telecopier - (214) 953-5822

ATTORNEYS FOR NYCAL OFFSHORE
DEVELOPMENT CORPORATION

Dated: February 24, 2005