ORIGINAL

ECF

FILED
FEB 24 2005
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NYCAL OFFSHORE DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-249C<br>(Judge ______ ) |

**NYCAL OFFSHORE DEVELOPMENT CORPORATION'S DISCLOSURE STATEMENT**

1. 100% of the stock of Nycal Offshore Development Corporation is owned by the Costner Group, Limited, a corporation organized under the laws of the British Virgin Islands.

Respectfully submitted,

Jeff Antonson

Jeffrey D. Antonson
(Attorney of Record)
Robert J. Garrey
(of counsel)
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
Telecopier - (214) 953-5822

ATTORNEYS FOR NYCAL OFFSHORE DEVELOPMENT CORPORATION

Dated: February 24, 2005