# In the United States Court of Federal Claims

**Nos. 02-30 C, 04-1822 C & 05-249 C (consolidated)**

**AMBER RESOURCES CO., ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Opinion of November 15, 2005, with respect to the claims asserted by the plaintiffs' (other than NYCAL) relating to leases OCS-P 210, 319, 320, 322, 323, 396,397, 402, 403, 408, 409, 414, 415, 416, 421, 422, 425, 426, 427, 430, 431, 432, 433, 434, 435, 443, 445, 446, 449, 453, 460, 464, 499, 500, and 527, and the court's January 11, 2007 Order for Rule 54(b) Judgment, stating that there is no just reason for delay,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $1,008,042,139.63, with the following amounts apportioned to the individuals as follows:

1. Aera Energy LLC in the amount of $689,038,851.81;
2. Amber Resources Company in the amount of $1,496,234.86;
3. Anadarko E&P Company LP in the amount of $22,556,217.37;
4. Delta Petroleum Corporation in the amount of $58,527,276.61;
5. Devon Energy Production Company, LP in the amount of $7,990,740.00;
6. Noble Energy, Inc. in the amount of $18,353,819.77;
7. Ogle Petroleum, Inc. in the amount of $3,662,416.51;
8. OLAC Resources, LLC in the amount of $14,991,242.15;
9. Plains Exploration & Production Co. in the amount of $83,085,270.86;
10. Poseidon Petroleum LLC in the amount of $33,619,065.60;
11. Total E&P USA, Inc. in the amount of $74,721,004.09.

No costs.

Brian Bishop
Clerk of Court

**January 12, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.